# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| BMO BANK N.A., a national banking association,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>PERRY BRYANT, an individual,  )<br>PHILLIP CLARK, an individual,  )<br>)<br>Defendants.  ) | Case No. 1:24-cv-00006 |

## JUDGMENT

In accordance with the Memorandum Opinion and Default Judgment that was entered on February 6, 2025 (Doc. 35), and the subsequent Memorandum Opinion and Order that was entered on April 16, 2025 (Doc. 38), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that judgment is entered in favor of Plaintiff BMO Bank, N.A. ("Plaintiff") and against Defendants Perry Bryant and Phillip Clark (together, "Defendants"), jointly and severally, in the amount of **$285,222.46** as of December 24, 2024, plus interest accruing at the rate of $119.44 *per diem* following December 24, 2024 until the date of judgment written below. Attorneys' fees and costs are awarded in favor of Plaintiff and against Defendants, jointly and severally, in the total amount of **$12,519.00**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the ____ day of _____ 2025.

_____
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

HB: 4930-2708-9977.1