**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BMO BANK N.A.,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACT. NO. 1:24-cv-6-TFM-M |
| **PERRY BYRANT**, *et al.*, | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Default Judgment that was entered on February 6, 2025 (Doc. 35), and the subsequent Memorandum Opinion and Order that was entered on April 16, 2025 (Doc. 38), it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Plaintiff BMO Bank, N.A. ("Plaintiff") and against Defendants Perry Bryant and Phillip Clark (together, "Defendants"), jointly and severally, in the amount of $285,222.46 as of December 24, 2024, plus interest accruing at the rate of $119.44 per diem following December 24, 2024 until the date of judgment written below. Attorneys' fees and costs are awarded in favor of Plaintiff and against Defendants, jointly and severally, in the total amount of $12,519.00.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 23rd day of April 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE